# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0088. JACKIE PATTON v. STACIE HUMBLE.

Jackie Patton has filed an emergency motion under Court of Appeals Rule 40(b) and (c), seeking a writ of mandamus directing the Barrow County Superior Court to stay a jury trial set to begin on Monday, November 17, 2025.

Pretermitting whether mandamus would be an appropriate procedure for the relief Patton seeks, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus in [an appellate court] in the first instance." *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n.6 (914 SE2d 311) (2025). Indeed, we are authorized to issue such relief "only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." Id. at 335 (1). Here, the materials submitted with Patton's emergency motion contain no indication that he sought mandamus relief in the superior court before he filed the current motion in this Court. This case therefore does not present one of the "extremely rare" instances in which this Court will grant mandamus relief. See id. at 335 (1) & n.6. And Patton has not shown that he is otherwise entitled to

emergency relief under Court of Appeals Rule 40(b). Accordingly, Patton's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, __11/14/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*